Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILIN ROUFCHAIE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 3:18-cv-04713-JST<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff VILIN ROUFCHAIE and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

///
///
///
///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

167604.1

Case No. 3:18-cv-04713-JST
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED:**

Dated: December 12, 2018     KANTOR & KANTOR, LLP
Glenn R. Kantor
Michelle Lee Roberts


By:     */s/ Michelle Lee Roberts*
Michelle Lee Roberts
Attorneys for Plaintiff
VILIN ROUFCHAIE


Dated: December 12, 2018     Anna Maria Martin
Charles K. Chineduh
MESERVE, MUMPER & HUGHES LLP


By:     */s/ Charles K. Chineduh*
Charles K. Chineduh
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

///
///
///
///
///
///

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

167604.1

2

Case No. 3:18-cv-04713-JST
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

## **ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-04713-JST, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: December 13, 2018

Hon. Jon S. Tigar
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**
167604.1

3

Case No. 3:18-cv-04713-JST
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER